IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BAC HOME LOANS,                    No. CV 12-02617 DMR

      Plaintiff,                         **AMENDED ORDER**

  v.

LORRAINE WRIGHT,

      Defendant.

_____/

GOOD CAUSE APPEARING THEREFOR,

    IT IS ORDERED that this case is reassigned to the **Honorable Edward M. Chen** in the **San Francisco division** for all further proceedings. Counsel are instructed that all future filings shall bear the **initials EMC** immediately after the case number. All dates presently scheduled are vacated and motions should be renoticed for hearing before the judge to whom the case has been reassigned. Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed. R. Civ. P. 72(b).

FOR THE EXECUTIVE COMMITTEE:

Dated: June 25, 2012

Richard W. Wieking
Clerk of Court

rev 4-12

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAC HOME LOANS, | Case Number: CV12-02617 DMR |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| LORRAINE WRIGHT et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 25, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Peter Jensen

14 Fuller Court

Oakley, CA 94561

Dated: June 25, 2012

                                          Richard W. Wieking, Clerk

                                          By: Jessie Mosley, Deputy Clerk

**United States District Court**
For the Northern District of California